UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THERESA DANT, | )<br>) |
| Plaintiff(s), | )<br>) |
| vs. | )    Case No. 4:06CV318 JCH<br>) |
| MAGNUM EXPRESS, INC.,<br>JEFFREY S. KELLER and<br>THE CITY OF ST. LOUIS, | )<br>)<br>)<br>) |
| Defendant(s). | ) |

## ORDER OF REMAND

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this matter is **REMANDED** to the Circuit Court of the City of St. Louis, State of Missouri.

Dated this 19th day of April, 2006.

                                                   /s/ Jean C. Hamilton
                                                 UNITED STATES DISTRICT JUDGE